**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| **NATHANIEL WATSON, JR,** | ) |
| Movant, | ) ) ) ) |
| v. | ) CIVIL ACTION NO. 5:99-cr-82 (MTT) |
| **UNITED STATES OF AMERICA,** | ) ) ) |
| Respondent. | ) ) ) |

## ORDER

United States Magistrate Judge Charles H. Weigle recommends dismissing Movant Nathaniel Watson's second motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 because Watson has not obtained authorization from the Eleventh Circuit Court of Appeals. Doc. 61. Watson has not objected, so pursuant to 28 U.S.C. § 636(b)(1) the Court reviews the Recommendation for clear error. After review, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation (Doc. 61) is **ADOPTED** and made the order of the Court. Accordingly, Watson's second 28 U.S.C. § 2255 motion (Doc. 60) is **DISMISSED without prejudice** for lack of jurisdiction.

**SO ORDERED**, this 7th day of August, 2023.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT